*Jury* (appeal No. 1) (101 AD2d 1023). (Appeal from order of Onondaga County Court, Cunningham, J. — Grand Jury report.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ In the Matter of the GRAND JURY OF ONONDAGA COUNTY, THIRD REPORT OF APRIL, 1983. (Appeal No. 2.) — Order unanimously reversed and report sealed. Same memorandum as in *Matter of First Report of April 1983 Grand Jury* (appeal No. 1) (101 AD2d 1023). (Appeal from order of Onondaga County Court, Cunningham, J. — Grand Jury report.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ In the Matter of the GRAND JURY OF ONONDAGA COUNTY, SECOND REPORT OF APRIL, 1983. (Appeal No. 1.) — Order unanimously reversed and report sealed. Same memorandum as in *Matter of First Report of April 1983 Grand Jury* (appeal No. 1) (101 AD2d 1023). (Appeal from order of Onondaga County Court, Cunningham, J. — Grand Jury report.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ In the Matter of the GRAND JURY OF ONONDAGA COUNTY, SECOND REPORT OF APRIL, 1983. (Appeal No. 2.) — Order unanimously reversed and report sealed. Same memorandum as in *Matter of First Report of April 1983 Grand Jury* (appeal No. 1) (101 AD2d 1023). (Appeal from order of Onondaga County Court, Cunningham, J. — Grand Jury report.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ In the Matter of the GRAND JURY OF ONONDAGA COUNTY, FIFTH REPORT OF APRIL, 1983. (Appeal No. 1.) — Order unanimously reversed and report sealed. Same memorandum as in *Matter of First Report of April 1983 Grand Jury* (appeal No. 1) (101 AD2d 1023). (Appeal from order of Onondaga County Court, Cunningham, J. — Grand Jury report.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ In the Matter of the GRAND JURY OF ONONDAGA COUNTY, FIFTH REPORT OF APRIL, 1983. (Appeal No. 2.) — Order unanimously reversed and report sealed. Same memorandum as in *Matter of First Report of April 1983 Grand Jury* (appeal No. 1) (101 AD2d 1023). (Appeal from order of Onondaga County Court, Cunningham, J. — Grand Jury report.) Present — Doerr, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ In the Matter of RAYMOND BONNER, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously reversed and petition granted in accordance with the following memorandum: Petitioner was denied due process of law when his request to be present during the testimony of two inmates called on his behalf at a superintendent's proceeding was denied without explanation (*People ex rel. Selcov v Coughlin,* 98 AD2d 733, 735; *Matter of Tolden v Coughlin,* 90 AD2d 929, 930). Accordingly, all references to the charges should be expunged from petitioner's institutional records and 60 days lost "good time" restored to petitioner. (Appeal from judgment of Supreme Court, Wyoming County, Wolfgang, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, Moule and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN PAUL ERNST, Appellant. — Adjudication unanimously affirmed (see *People v Ribble,* 77 AD2d 814). (Appeal from adjudication of Livingston County Court, Houston, J. — youthful offender.) Present — Hancock, Jr., J. P., Callahan, Denman, Moule and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD PIZZUTO, Appellant. — Judgment unanimously affirmed. Memorandum: Defendant failed to preserve his claim that the search warrant and supporting